

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

| | |
|---|---|
| SCOTT JAMES CRAFT,<br><br>    Petitioner,<br><br>vs.<br><br>D. K. SISTO, Warden,<br><br>    Respondent. | Case No. CV 08-455-VBF (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

**IT IS ORDERED** that a Judgment be entered denying the instant Petition for Writ of Habeas Corpus and dismissing this action without prejudice.

///
///

1 | **IT IS FURTHER ORDERED** that the Clerk shall serve forthwith a copy
2 | of this Order and the Judgment of this date on petitioner.
3 | DATED: _4-1-08_

_/s/ Valerie Baker Fairbank_

VALERIE BAKER FAIRBANK
United States District Judge