FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

SCOTT JAMES CRAFT,  )  Case No. CV 08-455-VBF (JWJ)
      Petitioner,  )
  vs.  )  JUDGMENT
D. K. SISTO, Warden,  )
      Respondent.  )

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered denying the instant Petition for Writ of Habeas Corpus and dismissing this action without prejudice.

DATED: 4-1-08

_____
VALERIE BAKER FAIRBANK
United States District Judge